IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: EARNESTINE P. GREENE )<br><br>Wells Fargo Bank, N.A., )<br>        Creditor, )<br><br>   vs. )<br><br>EARNESTINE P. GREENE, )<br>        Debtor ) | CASE NO. 07-02208<br>JUDGE Pamela S. Hollis |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the 10/2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of 10/6/2010:

| | |
|---|---|
| A. Attorney's Fees | $250.00 |
| B. Payments (10/10 @ $936.46 & 11/10 @ $958.84) | $1,895.40 |
| C. Late Charges | $348.04 |
| D. Inspections | $30.00 |
| E. Suspense | -$493.46 |
| TOTAL | $2,029.98 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Toni Dillon
Toni Dillon ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088